```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------X
WILLIAM BENSON
                                          CALENDAR NOTICE
     -V-                                  CV 20- 853(JS)(ST)


THOMAS RUTTURA, ET AL.
-------------------------------X

APPEARANCES:
For Plaintiff(s):
Ariel Graff, Esq.
111 John St.      #2510
New York  NY 10038


For Defendant(s):
Jeffrey Camhi, Esq.
Mercedes Colwin, Esq.
Gordon Rees Scully Mansukhami
1 Battery Park Plaza     28 Fl.
New York  NY 10004
```

     THE ABOVE-REFERENCED CASE IS SCHEDULED FOR A PRE-MOTION CONFERENCE **BY TELEPHONE** BEFORE JUDGE JOANNA SEYBERT **AT 2:15PM ON THURSDAY, MAY 7, 2020.** A BRIEFING SCHEDULE WILL BE SET, AS APPROPRIATE.

     SHOULD THE COURT ALSO ENTERTAIN SETTLEMENT DISCUSSIONS, COUNSEL SHALL HAVE SETTLEMENT AUTHORITY OR BE ABLE TO CONTACT SOMEONE WITH AUTHORITY.

     PLEASE DIAL 1(877) 336-1839 AND ENTER ACCESS CODE 7231185# AT THE PROMPT.

     TO MINIMIZE THE RISK OF UNDELIVERED MAIL/E-MAIL, PARTIES ARE REQUESTED TO CONFIRM RECEIPT OF THIS NOTICE <u>WITH EACH OTHER</u>.

```
                                       /s/
                              _____
                              CHARLES J. BARAN,
                              COURTROOM DEPUTY CLERK FOR
                              HON. JOANNA SEYBERT
DATED: APR. 21, 2020
       CENTRAL ISLIP  NY
```