DATE: 5/ 7/2020          AT: 2:15

BEFORE JUDGE JOANNA SEYBERT:

CIVIL CAUSE FOR TELEPHONE PRE-MOTION CONFERENCE

DOCKET NUMBER: 20-853

TITLE: BENSON -V- RUTTURA

APPEARANCES:

FOR PLAINTIFF(S): ARIEL GRAFF

FOR DEFENDANT(S): JEFFREY CAMHI


REPORTER: NONE

___X___     CASE CALLED.

___X___     COUNSEL FOR ALL SIDES PRESENT.

_____    COUNSEL FOR _____ NOT PRESENT.

___X___     CONFERENCE HELD.

_____    DISCOVERY TO BE COMPLETED BY_____

_____    PARTIES TO COMPLETE_____
            BY THE NEXT CONFERENCE OR BY_____

_____    NEXT CONFERENCE SET FOR_____/2020 AT_____

_____    CASE TO BE REFERRED/ASSIGNED TO MAGISTRATE JUDGE
            FOR_____

___X___     MOTION TO BE FILED BY ___6/ 8/2020;
                      RESPONSE BY ___6/26/2020;
                      REPLY BY ____7/10/2020.

_____    JURY SELECTION SET FOR___/ /2020 AT 9:30AM BY LAW CLERK

_____    TRIAL SET FOR_____

___X___     OTHER: THE PARTIES SHALL COMMENCE DISCOVERY BEFORE
            MAGISTRATE JUDGE TISCIONE WHILE THE MOTION IS PENDING.

WORD