UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X

WILLIAM BENSON,

        Plaintiff,

vs.

RUTTURA & SONS CONSTRUCTION CO., INC.,
OUR RENTAL CORP., and THOMAS RUTTURA,

        Defendants.

---------------------------------------------------------------- X

Case No.: 2:20-cv-00853 (JS) (ST)

**RULE 7.1 STATEMENT ON BEHALF OF DEFENDANT <u>OUR RENTAL CORP.</u>**

    Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, defendant OUR RENTAL CORP., is a private non-governmental party and certifies, through its undersigned counsel, that it is not a subsidiary of any parent corporation and that no publicly owned corporation owns 10% or more of its stock.

Dated: New York, New York
       June 8, 2020

                              Respectfully Submitted,

                              GORDON REES SCULLY
                              MANSUKHANI, LLP

                              By: <u>/s/ Jeffrey Camhi</u>
                              Mercedes Colwin
                              Jeffrey Camhi
                              One Battery Park Plaza, 28th Floor
                              New York, NY  10004
                              Tel: (212) 269-5500
                              Fax: (212) 269-5505
                              mcolwin@grsm.com
                              jcamhi@grsm.com
                              *Attorneys for Defendants*