UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

WILLIAM BENSON,                                    Case No.: 2:20-cv-00853 (JS) (ST)

        Plaintiff,

    vs.                                          **RULE 7.1 STATEMENT ON**
                                                   **BEHALF OF DEFENDANT**
                                                   **RUTTURA & SONS**
RUTTURA & SONS CONSTRUCTION CO., INC.,             **CONSTRUCTION CO., INC.**
OUR RENTAL CORP., and THOMAS RUTTURA,

        Defendants.

------------------------------------------------------------------- X


Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, defendant RUTTURA &

SONS CONSTRUCTION CO., INC., is a private non-governmental party and certifies, through

its undersigned counsel, that it is not a subsidiary of any parent corporation and that no publicly

owned corporation owns 10% or more of its stock.

Dated: New York, New York
      June 8, 2020

                               Respectfully Submitted,

                               GORDON REES SCULLY
                               MANSUKHANI, LLP

                               By: /s/ Jeffrey Camhi
                               Mercedes Colwin
                               Jeffrey Camhi
                               One Battery Park Plaza, 28th Floor
                               New York, NY  10004
                               Tel: (212) 269-5500
                               Fax: (212) 269-5505
                               mcolwin@grsm.com
                               jcamhi@grsm.com
                               *Attorneys for Defendants*